JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL BOOZE,<br><br>　　　Plaintiff,<br><br>v.<br><br>DEPARTMENT STORES NATIONAL BANK and EQUIFAX INFORMATION SERVICES LLC,<br><br>　　　Defendants. | Case No.: 8:17-cv-01004-AG-KES<br><br>**ORDER DISMISSING WITH PREJUDICE** |

　　　The Court having considered the Plaintiff's Motion to Dismiss with Prejudice and good cause appearing,

　　　IT IS ORDERED that the Motion is granted. This action is dismissed with prejudice with each party to bear its own attorneys' fees and costs.


　　　DONE THIS  21st  DAY OF   August    2017.

_____
U.S. District Judge Andrew J Guilford